IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE, <br> 6218 Georgia Avenue, NW, Ste. 1-1235 <br> Washington, DC 20011-5125, <br> <br> Plaintiff, <br> <br> v. <br> <br> U.S. ENVIRONMENTAL PROTECTION <br>     AGENCY <br> 1200 Pennsylvania Avenue, N.W. <br> Washington, DC  20460, <br> <br> Defendant. | Civil Action No. 26-851 |

## COMPLAINT

Plaintiff Functional Government Initiative ("FGI") brings this action against Defendant U.S. Environmental Protection Agency ("EPA") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  As grounds therefor, Plaintiff alleges the following:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

### PARTIES

3. Plaintiff FGI is nonprofit corporation, exempt from federal income taxes under section 501(c)(3) of the U.S. Internal Revenue Code.  FGI is dedicated to improving the

1

American public's access to information about the officials, decisions, actions, and priorities of their government.

4.     Defendant EPA is an agency of the United States Government within the meaning of 5 U.S.C. § 552(f)(1) and is headquartered at 1200 Pennsylvania Avenue, N.W., Washington, DC 20460.  Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.     FGI routinely submits FOIA requests, and this matter concerns six FOIA requests submitted to Defendant, to which Defendant has failed to complete its response.  The requests seek records related to issues and communications under the purview of the agency and would give the public significantly more transparency into the work the agency is doing, particularly the agency's administration of federally funded financial assistance awards.

6.     Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant is required to respond to FGI's FOIA requests within 20 working days of each request, but that deadline is extended to no more than 10 working days if there are "unusual circumstances" as defined by 5 U.S.C. § 552(a)(6)(B)(iii).

7.     Former Attorney General Merrick Garland stated that the FOIA is "a vital tool for ensuring transparency, accessibility, and accountability in government," and that the "'basic purpose … is to ensure an informed citizenry,' which is 'vital to the functioning of a democratic society [and] needed to check against corruption and to hold the government accountable to the governed.'"  Merrick Garland, *Memorandum for Heads of Executive Departments and Agencies: Freedom of Information Act Guidelines* at 1 (Mar. 15, 2022).

8. With regards to FGI's FOIA requests, the statutory deadline has passed, and Defendant has failed to provide a substantive response to the FOIA requests. In fact, as of the date of this Complaint, Defendant has produced no records and has failed to assert any claims that responsive records are exempt from production.

9. Since Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i), FGI is deemed to have fully exhausted any and all administrative remedies with respect to its FOIA requests. *See* 5 U.S.C. § 552(a)(6)(C).

**A.  FGI'S FOIA REQUEST FOR RECORDS RELATING TO EPA'S UNIFORM GUIDANCE GOVERNING FEDERAL FUNDED FINANCIAL ASSISTANCE AWARDS.**

10. On September 18, 2025, FGI submitted a FOIA request online to Defendant. *See* Exhibit A. The request sought records from seven specified custodians "regarding 'uniform guidance' that governs the administration of federally funded financial assistance awards (i.e., grants and cooperative agreements)." The time period covered by the FOIA request was April 1, 2023 through May 15, 2024.

11. In an email dated September 18, 2025, Defendant acknowledged receipt of the FOIA request and advised FGI that it had assigned the request tracking number EPA-2025-09067. *See* Exhibit B.

12. On October 3, 2025, Defendant's National FOIA Office ("NFO") sent an email acknowledging that it received FOIA Request 2025-EPA-09067 on October 2, 2025. *See* Exhibit C.

13. In a November 20, 2025 email, Defendant provided an "estimated date of completion" of December 17, 2025. *See* Exhibit D. In a December 11, 2025 email, Defendant updated the estimated date of completion to February 2, 2026. *See* Exhibit E. On January 27,

2026, Defendant further revised the estimated date of completion to May 27, 2026.  *See* Exhibit F.

14. As of the date of this Complaint, Defendant has failed to produce any responsive records, nor has it asserted any claims that responsive records are exempt from production.

**B.  FGI'S FOIA REQUEST FOR RECORDS OF COMMUNICATIONS WITH OMB RELATING TO EPA'S UNIFORM GUIDANCE GOVERNING FEDERAL FUNDED FINANCIAL ASSISTANCE AWARDS.**

15. On September 18, 2025, FGI submitted a FOIA request online to Defendant.  *See* Exhibit G.  The request sought records of correspondence between seven specified custodians and the Office of Management and Budget "regarding 'uniform guidance' that governs the administration of federally funded financial assistance awards (i.e., grants and cooperative agreements)."  The time period covered by the FOIA request was April 1, 2023 through May 15, 2024.

16. In an email dated September 18, 2025, Defendant acknowledged receipt of the FOIA request and advised FGI that it had assigned the request tracking number EPA-2025-09068.  *See* Exhibit H.

17. On October 3, 2025, Defendant's NFO sent an email acknowledging that it received FOIA Request 2025-EPA-09068 on October 2, 2025.  *See* Exhibit I.

18. In a November 20, 2025 email, Defendant provided an "estimated date of completion" of December 17, 2025.  *See* Exhibit D.  In a December 11, 2025 email, Defendant updated the estimated date of completion to January 9, 2026.  *See* Exhibit J.  On January 6, 2026, Defendant further revised the estimated date of completion to February 11, 2026.  *See* Exhibit K.  On February 4, 2026, Defendant further revised the estimated date of completion to June 9, 2026.  *See* Exhibit L.

19. As of the date of this Complaint, Defendant has failed to produce any responsive records, nor has it asserted any claims that responsive records are exempt from production.

### C. FGI'S FOIA REQUEST FOR RECORDS OF COMMUNICATIONS WITH THE WHITE HOUSE RELATING TO EPA'S UNIFORM GUIDANCE GOVERNING FEDERAL FUNDED FINANCIAL ASSISTANCE AWARDS.

20. On September 18, 2025, FGI submitted a FOIA request online to Defendant. *See* Exhibit M. The request sought records between seven specified custodians and anyone at the Office of the White House "regarding 'uniform guidance' that governs the administration of federally funded financial assistance awards (i.e., grants and cooperative agreements)." The time period covered by the FOIA request was April 1, 2023 through May 15, 2024.

21. In an email dated September 18, 2025, Defendant acknowledged receipt of the FOIA request and advised FGI that it had assigned the request tracking number EPA-2025-09069. *See* Exhibit N.

22. On October 3, 2025, Defendant's NFO sent an email acknowledging that it received FOIA Request 2025-EPA-09069 on October 2, 2025. *See* Exhibit O.

23. In a November 20, 2025 email, Defendant provided an "estimated date of completion" of December 17, 2025. *See* Exhibit D. In a December 11, 2025 email, Defendant updated the estimated date of completion to January 9, 2026. *See* Exhibit P. On January 6, 2026, Defendant further revised the estimated date of completion to February 11, 2026. *See* Exhibit Q. On February 4, 2026, Defendant further revised the estimated date of completed to June 9, 2026. *See* Exhibit R.

24. As of the date of this Complaint, Defendant has failed to produce any responsive records, nor has it asserted any claims that responsive records are exempt from production.

**D.    FGI'S FOIA REQUEST FOR RECORDS RELATING TO CHANGES TO EPA'S TERMS AND CONDITIONS OR GRANT AGREEMENTS UNDER THE GREENHOUSE GAS REDUCTION FUND.**

25.    On September 18, 2025, FGI submitted a FOIA request online to Defendant.  *See* Exhibit S.  The request sought records from seven specified custodians "regarding changes to terms and conditions or changes to grants agreements under the Greenhouse Gas Reduction Fund (GGRF)."  The time period covered by the FOIA request was October 1, 2024 through January 20, 2025.

26.    In an email dated September 18, 2025, Defendant acknowledged receipt of the FOIA request and advised FGI that it had assigned the request tracking number EPA-2025-09070.  *See* Exhibit T.

27.    On October 3, 2025, Defendant's NFO sent an email acknowledging that it received FOIA Request 2025-EPA-09070 on October 2, 2025.  *See* Exhibit U.

28.    In a November 20, 2025 email, Defendant provided an "estimated date of completion" of December 17, 2025.  *See* Exhibit D.  In a December 11, 2025 email, Defendant updated the estimated date of completion to February 2, 2026.  *See* Exhibit V.  On January 27, 2026, Defendant further revised the date of completion to May 27, 2026.  *See* Exhibit W.

29.    As of the date of this Complaint, Defendant has failed to produce any responsive records, nor has it asserted any claims that responsive records are exempt from production.

**E.    FGI'S FOIA REQUEST FOR RECORDS OF COMMUNICATIONS WITH OMB RELATING TO EPA'S TERMS AND CONDITIONS OR GRANT AGREEMENTS UNDER THE GREENHOUSE GAS REDUCTION FUND.**

30.    On September 18, 2025, FGI submitted a FOIA request online to Defendant.  *See* Exhibit X.  The request sought records of correspondence between seven specified custodians and the Office of Management and Budget "regarding changes to terms and conditions or

changes to grants agreements under the Greenhouse Gas Reduction Fund (GGRF)." The time period covered by the FOIA request was October 1, 2024 through January 20, 2025.

31. In an email dated September 18, 2025, Defendant acknowledged receipt of the FOIA request and advised FGI that it had assigned the request tracking number EPA-2025-09071. *See* Exhibit Y.

32. On October 3, 2025, Defendant's NFO sent an email acknowledging that it received FOIA Request 2025-EPA-09071 on October 2, 2025. *See* Exhibit Z.

33. In a November 20, 2025 email, Defendant provided an "estimated date of completion" of December 17, 2025. *See* Exhibit D. In a December 11, 2025 email, Defendant updated the estimated date of completion to February 6, 2026. *See* Exhibit AA. On January 29, 2026, Defendant further revised the estimated date of completion to June 2, 2026. *See* Exhibit BB.

34. As of the date of this Complaint, Defendant has failed to produce any responsive records, nor has it asserted any claims that responsive records are exempt from production.

F. **FGI'S FOIA REQUEST FOR RECORDS OF COMMUNICATIONS WITH THE WHITE HOUSE RELATING TO EPA'S TERMS AND CONDITIONS OR GRANT AGREEMENTS UNDER THE GREENHOUSE GAS REDUCTION FUND.**

35. On September 18, 2025, FGI submitted a FOIA request online to Defendant. *See* Exhibit CC. The request sought records between seven specified custodians and anyone at the Office of the White House "regarding changes to terms and conditions or changes to grants agreements under the Greenhouse Gas Reduction Fund (GGRF)." The time period covered by the FOIA request was October 1, 2024 through January 20, 2025.

7

36. In an email dated September 18, 2025, Defendant acknowledged receipt of the FOIA request and advised FGI that it had assigned the request tracking number EPA-2025-09072. *See* Exhibit DD.

37. On October 3, 2025, Defendant's NFO sent an email acknowledging that it received FOIA Request 2025-EPA-09072 on October 2, 2025. *See* Exhibit EE.

38. In a November 20, 2025 email, Defendant provided an "estimated date of completion" of December 17, 2025. *See* Exhibit D. In a December 11, 2025 email, Defendant updated the estimated date of completion to February 6, 2026. *See* Exhibit FF. On January 29, 2026, Defendant further revised the estimated date of completion to June 2, 2026. *See* Exhibit GG.

39. As of the date of this Complaint, Defendant has failed to produce any responsive records, nor has it asserted any claims that responsive records are exempt from production.

## CAUSE OF ACTION
### (Violation of FOIA, 5 U.S.C. § 552)

40. Plaintiff realleges paragraphs 1 through 39 as though fully set forth herein.

41. Defendant has failed to make a determination regarding FGI's FOIA requests for records within the statutory time limit and is unlawfully withholding records requested by FGI pursuant to 5 U.S.C. § 552.

42. FGI is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and FGI will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Functional Government Initiative requests that the Court grant all appropriate relief for the violations of FOIA alleged above, including:

a. An order and judgment requiring the Defendant to conduct a search for any and all records responsive to FGI's FOIA requests and to demonstrate that it employed search methods reasonably likely to lead to the discovery of all records responsive to FGI's requests;

b. An order and judgment requiring the Defendant to produce, by a date certain, any and all non-exempt records responsive to FGI's FOIA requests and a *Vaughn* index of any responsive records withheld under claim of exemption;

c. An order and judgment permanently enjoining Defendant from continuing to withhold any and all non-exempt records in this case that are responsive to FGI's FOIA requests;

d. Attorneys' fees and costs to Plaintiff pursuant to any applicable statute or authority, including 5 U.S.C. § 552(a)(4)(E); and

e. Any other relief that this Court in its discretion deems just and proper.

Dated: March 11, 2026

      */s/ Jeremiah L. Morgan*_____
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson
(D.C. Bar No. 233833)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
703-356-5085 (fax)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*
FUNCTIONAL GOVERNMENT INITIATIVE