UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT
INITIATIVE

Plaintiff,

v.

U.S. ENVIRONMENTAL PROTECTION
AGENCY,

Defendant.

Civil Action No. 26-0851 (CKK)

**JOINT STATUS REPORT**

Pursuant to the Court's April 20, 2026, Minute Order, Plaintiff, Functional Government Initiative, and Defendant, Environmental Protection Agency ("EPA") by and through undersigned counsel, respectfully submit the Parties' first joint status report.

This case concerns Plaintiff's six Freedom of Information Act ("FOIA") requests for records submitted on September 8, 2025. *See* Compl. (ECF No. 1).

The Parties' counsel have conferred and submit that the status of Plaintiffs' FOIA requests is as follows.

EPA has completed its search for records potentially responsive to the Plaintiffs' FOIA requests. EPA is actively reviewing approximately 3,100 records collected to determine responsiveness and releasability. EPA proposes to continue its review of potentially responsive records and proposes to release documents at least every 60 days beginning on June 20, 2026, followed by August 19, 2026, and tentatively anticipates completing a final production by October 18, 2026. If records require interagency consultation—which will require additional time before

a response can be issued—EPA will otherwise provide an update on the status of the interagency records by October 18, 2026.

When EPA completes processing and production of all responsive records, EPA will issue a final response letter detailing the total number of records released in full, released with redactions and withheld in full in response to this FOIA request.

At this time, Defendants do not seek or plan to seek a stay of proceedings pursuant to 5 U.S.C. § 552(a)(6)(C), and *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). Defendants reserve the right to request such a stay at a later time.

The parties have not yet determined if a *Vaughn* index will be necessary because Plaintiff has not yet challenged any particular withholdings or redactions under FOIA exemptions. Once the Agency has issued a final response to the FOIA request, the parties will re-evaluate whether a *Vaughn* index would help the parties to narrow the issues in dispute and aid the Court in resolution of this case.

Considering that records review and production is ongoing, the Parties do not at this time propose a briefing schedule on any dispositive motions.

\*      \*      \*

2

In consideration of the foregoing, the Parties respectfully propose that the Court permit the Parties to submit another joint status report in ninety days, on August 18, 2026, updating the Court on the status of the processing of Plaintiffs' FOIA requests.

Dated: May 19, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Jeremiah L. Morgan*
Jeremiah L. Morgan (D.C. Bar No. 1012943)
William J. Olson (D.C. Bar No. 233833)
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

By:   */s/ Mason D. Bracken*
     MASON D. BRACKEN
     Assistant United States Attorney
     601 D Street, N.W.
     Washington, D.C. 20530
     Telephone: (202) 252-2523
     mason.bracken@usdoj.gov

*Attorneys for the United States of America*