UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INTIATIVE<br><br>Plaintiff,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY<br><br>Defendant. | Civil Action No. 26-0851 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's May 20, 2026, Minute Order, Plaintiff, Functional Government Initiative, and Defendant, Environmental Protection Agency ("EPA") by and through undersigned counsel, respectfully submit the Parties' first joint status report.

This case concerns Plaintiff's six Freedom of Information Act ("FOIA") requests for records submitted on September 8, 2025. *See* Compl. (ECF No. 1).

The Parties' counsel have conferred and submit that the status of Plaintiffs' FOIA requests is as follows.

EPA is continuing its active review of approximately 3,100 records collected to determine responsiveness and releasability. On June 15, 2026 EPA made an interim production of approximately 18 records totaling approximately 2,524 pages. EPA anticipates its second production to be released to Plaintiff on August 19, 2026, per the May 19, 2026, Joint Status Report.

EPA tentatively anticipates completing its review of potentially responsive records with a final production on or about October 18, 2026. If EPA learns that any records require interagency

consultation—which will require additional time before a response can be issued—EPA will otherwise provide an update on the status of the interagency records by October 18, 2026.

When EPA completes processing and production of all responsive records, EPA will issue a final response letter detailing the total number of records released in full, released with redactions and withheld in full in response to this FOIA request.

In consideration of the foregoing, the Parties respectfully propose that the Court permit the Parties to submit another joint status report in ninety days, on November 16, 2026, updating the Court on the status of the processing of Plaintiffs' FOIA requests.

Dated: August 18, 2026
Washington, D.C.

By: /s/ *Jeremiah L. Morgan*
Jeremiah L. Morgan (D.C. Bar No. 1012943)
William J. Olson (D.C. Bar No. 233833)
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Mason D. Bracken*
MASON D. BRACKEN
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2523
mason.bracken@usdoj.gov

*Attorneys for the United States of America*